UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                Criminal No. 11-cr-88-01-JL

Christiaan Jennings

O R D E R

The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted; continuance is limited to 30 days unless the parties jointly request a lengthier continuance accompanied by an appropriate Speedy Trial waiver.   Final Pretrial is rescheduled to August 29, 2011 at 11:30 AM; Trial is continued to the two-week period beginning September 7, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

*/s/ Joe Laplante*

---
Joseph N. Laplante
United States District Judge

Date:  July 20, 2011

cc:    Justin Paul Nadeau, Esq.
       Mark R. Ryder, Esq.
       Clyde R. W. Garrigan, Esq.
       U.S. Marshal
       U.S. Probation