UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.        Criminal No. 11-cr-88-01-JL

<u>Christiaan Jennings</u>

O R D E R

  The assented to motion to reschedule jury trial (document no. 29) filed by defendant is granted; Final Pretrial is rescheduled to November 21, 2011 at 3:00 PM; Trial is continued to the two-week period beginning December 6, 2011, 9:30 AM.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                _____
                Joseph N. Laplante
                United States District Judge

Date:  September 19, 2011

cc: Pamela Rogers, Esq.
   Clyde Garrigan, Esq.
   U.S. Marshal
   U.S. Probation