UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                    Criminal No. 11-cr-88-01-JL

<u>Christiaan Jennings</u>

O R D E R

The assented to motion to reschedule jury trial (document no. 52) filed by defendant is granted in part; The week of May 21 is not in the undersigned judge's monthly trial period. Clerk to reschedule to on or after June 1 unless counsel notify the clerk of an earlier available date during the court's monthly trial period. Final Pretrial is rescheduled to May 25, 2012 at 10:00 a.m. Trial is continued to the two-week period beginning June 5, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

_____
Joseph N. LaPlante
United States District Judge

    SO ORDERED.

Date:  February 22, 2012

cc:  Paula Rogers, Esq.
     Kevin Reddington, Esq.
     William Morse, Esq.
     U.S. Marshal
     U.S. Probation