UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                   Criminal No. 11-cr-88-01-JL

<u>Christiaan Jennings</u>

### O R D E R

The order of May 18, 2012 is vacated. Motion to continue (doc. no. 58) is granted. Case continued to the two-week period beginning August 7, 2012, 9:30 a.m. Counsel shall agree on a plea date at earliest convenience. Final Pretrial is rescheduled to July 31, 2012 at 10:00 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                  _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Date: May 21, 2012

cc: Kevin Reddington, Esq.
    Pamela Rogers, Esq.
    William Morse, Esq.
    U.S. Marshal
    U.S. Probation